UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 14-0420 MMC |
| Plaintiff, | ) ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| v. | ) ) | |
| LUCAS MARTINEZ, | ) ) | |
| Defendant. | ) ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the plea agreement entered on August 27, 2014, wherein the defendant admitted to the forfeiture allegation, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

a. Hy Hunter 6" .357-caliber revolver bearing serial number 3-2221 and ammunition seized from a locked closet during the search of my garage on September 5, 2013;

b. Semi-automatic, AK-47 style rifle bearing serial number CM10676 seized from a case in a locked closet during the search of my garage on September 5, 2013;

c. Two extended magazine banana clips, one standard capacity clip, and .22-caliber magazine seized from a case in a locked closet during the search of my garage on September 5, 2013;

    d. Ammunition, including over 150 rounds for .45 caliber, .40 caliber, .762 carbine, and .22 caliber firearms, seized from a locked closet during the search of my garage on September 5, 2013;

    e. Ammunition seized from toiletry bag during the search of my garage on September 5, 2013;

    f. Silver and black Llama .45-caliber semiautomatic handgun bearing serial number C21473, magazine clip, and ammunition seized from top right dresser drawer during search of northwest bedroom of my house on September 5, 2013;

    g. Ammunition seized from top right dresser drawer during search of northwest bedroom of my house on September 5, 2013; and

    h. Remington 12-gauge shotgun, Model No. 1100 seized from behind television during search of northwest bedroom of my house on September 5, 2013,

pursuant to Title 28, United States Code, Section 853.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel within (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

//

//

//

//

1   Defendant Lucas Martinez was sentenced on November 5, 2014.  As part of his sentence, the
2   Court ordered the forfeiture of the subject property, which was incorporated in the Judgment and
3   Commitment, entered on November 6, 2014.
4   IT IS SO ORDERED this   19   day of   October   2016.

*[signature]*
MAXINE M. CHESNEY
United States District Judge

[PROPOSED] PRELIMINARY ORDER OF FORFEITURE
CR 14-0420 MMC                                                       3