UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: CR 14-0420 MMC |
| Plaintiff, | [~~PROPOSED~~] **FINAL ORDER OF FORFEITURE** |
| v. | |
| LUCAS MARTINEZ, | |
| Defendant. | |

On October 19, 2016, the court entered a Preliminary Order of Forfeiture forfeiting the following property:

a. Hy Hunter 6" .357-caliber revolver bearing serial number 3-2221 and ammunition seized from a locked closet during the search of my garage on September 5, 2013;

b. Semi-automatic, AK-47 style rifle bearing serial number CM10676 seized from a case in a locked closet during the search of my garage on September 5, 2013;

c. Two extended magazine banana clips, one standard capacity clip, and .22-caliber magazine seized from a case in a locked closet during the search of my garage on September 5, 2013;

[PROPOSED] FINAL ORDER OF FORFEITURE
CR 14-0420 MMC                                                  1

    d. Ammunition, including over 150 rounds for .45 caliber, .40 caliber, .762 carbine, and .22 caliber firearms, seized from a locked closet during the search of my garage on September 5, 2013;

    e. Ammunition seized from toiletry bag during the search of my garage on September 5, 2013;

    f. Silver and black Llama .45-caliber semiautomatic handgun bearing serial number C21473, magazine clip, and ammunition seized from top right dresser drawer during search of northwest bedroom of my house on September 5, 2013;

    g. Ammunition seized from top right dresser drawer during search of northwest bedroom of my house on September 5, 2013; and

    h. Remington 12-gauge shotgun, Model No. 1100 seized from behind television during search of northwest bedroom of my house on September 5, 2013,

pursuant to Title 21, United States Code, Section 853.

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

**THEREFORE, IT IS HEREBY ORDERED** that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853. All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: January 10, 2017

MAXINE M. CHESNEY
United States District Judge